IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| TODD GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | 2:16-CV-00920-AJS |
| ) | |
| vs. ) | |
| ) | |
| ACJ PHG, PA, ) | |
| ) | |
| Defendant, ) | |

## **MEMORANDUM ORDER**

ARTHUR J. SCHWAB, United States District Judge

Plaintiff seeks permission to proceed *in forma pauperis* to file a civil action against Allegheny County Jail of Pittsburgh, Pennsylvania pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1) and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation filed June 27, 2016 recommended that the Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2), and Plaintiff be permitted to amend his complaint in accordance with the Report. Service of the Report and Recommendation was made on Plaintiff. Plaintiff was informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2 he had until July 14, 2016 to file any objections. As of this date, no objections have been filed.

Accordingly, *de novo* review of the motion to proceed *in forma pauperis*, the complaint and documents in this case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 25th day of July, 2016, IT IS HEREBY ORDERED that Plaintiff's

motion to proceed *in forma pauperis* [ECF No. 1] is GRANTED; however, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failing to state a claim.

IT IS FURTHER ORDERED that the Clerk shall close this case unless Plaintiff submits an amended complaint by August 12, 2016 that conforms with the standards of Federal Rule of Civil Procedure 8. Failure to file an Amended Complaint by that time may result in Plaintiff's claims being dismissed with prejudice for failure to prosecute.

BY THE COURT:

s/Arthur J. Schwab
ARTHUR J. SCHWAB
United States District Judge

cc:
TODD GRIFFIN
10615 Lindberg Avenue
Apt. #3
Pittsburgh, PA 15235